176 So. 926.

**Austin SMITH v. STATE.**

8 Div. 546.

Court of Appeals of Alabama.
Nov. 2, 1937.

SAMFORD, Judge.
Affirmed.

185 So. 926

**Bertine Hocutt SMITH v. STATE.**

6 Div. 336.

Court of Appeals of Alabama.
Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

189 So. 924

**Charles SMITH v. STATE.**

6 Div. 464.

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed on authority of Seaman v. State, ante, p. 480, 188 So. 269.

180 So. 902

**Edgar SMITH v. STATE.**

4 Div. 401.

Court of Appeals of Alabama.
April 5, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

181 So. 924

**Frank SMITH v. STATE.**

8 Div. 669.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

184 So. 921

**Hayes SMITH v. STATE.**

7 Div. 428.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.